# AUTHORIZATION
(Prisoner's Account Only)

Case No. _____

NOTE: Completing this authorization form satisfies your obligation under 28 U.S.C. § 1915(a)(2) to submit a certified copy of your trust fund account.

I, ___Anthony T. Dowell___, request and authorize the agency holding me in custody to send to the Clerk of Court, United States District Court for the Middle District of Pennsylvania, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) at the institution where I am incarcerated. I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust account (or institutional equivalent) in the amounts specified by 28 U.S.C § 1915(b).

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee will be deducted from my account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: ___03/03/2026___

X _____
  Signature of Prisoner

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ANTHONY T. DOWELL ) <br> *Plaintiff* ) <br> ) <br> v. ) <br> DAVIS AND BRUSCA, LAW FIRM ) <br> MARK W. DAVIS, ESQ. ) <br> MICHAEL A. BRUSCA, Esq. ) <br> BRODER LAW GROUP ) <br> *Defendant* ) <br> SHERI L. PECARSKY, ESQ. ) | Civil Action No. _____ |

---

## APPLICATION FOR PRISONERS TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

**Instructions:**

The Clerk will not file a civil complaint unless the person seeking relief pays the entire filing fee (currently $350) and an administrative fee (currently $52) in advance, or the person applies for and is granted in forma pauperis status pursuant to 28 U.S.C. § 1915. A prisoner who seeks to proceed in forma pauperis must submit to the Clerk (1) a completed affidavit of poverty and (2) a copy of the trust fund account statement for the prisoner for the six month period immediately preceding the filing of the complaint, obtained from and certified as correct by the appropriate official of each prison at which the prisoner is or was confined for the preceding six months. *See* 28 U.S.C. § 1915(a)(2).

If the Judge enters an order granting a prisoner's application to proceed in forma pauperis, then the order will assess the filing fee (currently $350) against the prisoner and collect the fee by directing the agency having custody of the prisoner to deduct an initial partial filing fee equal to 20% of the greater of the average monthly deposits to the prison account or the average monthly balance in the prison account for the six-month period immediately preceding the filing of the complaint, as well as monthly installment payments equal to 20% of the preceding month's income credited to the account for each month that the balance of the account exceeds $10.00, until the entire filing fee has been paid. *See* 28 U.S.C. § 1915(b). **A prisoner who is granted leave to proceed in forma pauperis is obligated to pay the entire filing fee regardless of the outcome of the proceeding, and is not entitled to the return of any payments made toward the fee.**

The prisoner must complete all questions in the following affidavit, sign and date the affidavit, and then obtain the signature of the appropriate prison official who certifies the prison account statement. After the appropriate prison official certifies your prison trust fund account statement(s), you must attach the prison account statement(s) to this application, for each prison or jail wherein you were incarcerated during the previous six months. If your application to proceed in forma pauperis is incomplete, then the Court may enter an order denying your application without prejudice.

EO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form) Page 2

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1.      *If incarcerated.* I am being held at:

SCI- Coal Township 1 Kelley Drive, Coal Township, Pa. 17866

I am employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2.      *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $_____ None _____, and my take-home pay or wages are: $_____ None _____
per_____.
        *(specify pay period)*

3.      *Other Income.* In the past 12 months, I have received income from the following sources (check all that apply):

(a)     Business, profession, or other self-employment         ☐ Yes  ☑ No
(b)     Rent payments, interest, or dividends                   ☐ Yes  ☑ No
(c)     Pension, annuity, or life insurance payments            ☐ Yes  ☑ No
(d)     Disability, or worker's compensation payments           ☐ Yes  ☑ No
(e)     Gifts, or inheritances                                  ☐ Yes  ☑ No
(f)     Any other sources                                       ☐ Yes  ☑ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

None

4.      Amount of money that I have in cash or in a checking or savings account: $_____ None _____

5.      Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

None

6.      Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

None

7.      Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

None

8.      Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

None

*Declaration:*   I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

X : 03/03/2026
        Date

X   "D.Dwell"
                *Applicant's signature*

Anthony T. Dowell
                *Printed name*

9.      Certification of Prisoner's Institutional Account Balance: An authorized prison official must complete the certification below, and furnish a certified copy of your institutional account statement showing all deposits, withdrawals, and balances for the prior six-month period, to be filed with this application.

I certify that the prisoner named herein has the sum of $_____ on account at _____correctional institution, where he is presently confined.

I further certify that during the prior six-month period, the prisoner's average monthly account balance was $_____; and that the average amount deposited monthly in the account during the prior six-month period was $_____.

_____          _____
*Signature and Title of Authorized Prison Official*                *Date*

## <u>UNSWORN DECLARATION</u>

I, _____, hereby verify that the statement made within this Motion/Letter are true and correct to the best of my knowledge, information, and belief, and that any false statements are made subject to the penalties for in 18 Pa. C. S. § 4904 (relating to unsworn falsification to authorities)

Signature: _____

Print Name: _____

D.O.C. #: _____

Address: _____

_____

_____

## <u>CERTIFICATE OF SERVICE</u>

I, _____, hereby certify that I am serving one (1) copy of

the foregoing; _____, upon the Clerk of the

Courts of _____, County, Pennsylvania, located at

_____,

by placeing in the U.S. Mail repository located at; _____

_____, which satisfies the requirements of

Pa. R. Crim. P. 901(b).

Date: _____ / _____ / _____

Signature; _____

Anthony T. Dowell
#BH3456
SCI-Coal Township
1 Kelley Drive
Coal Township, Pa. 17866

INMATE MAIL
PA DEPT OF
CORRECTIONS

FIRST-CLASS



US POSTAGE PITNEY BOWES

ZIP 17866
02 7W      $ 002.44⁰
0008042607 MAR 05 2026

Eastern District of Pennsylvania
James A. Byrne Federal Courthouse
601 Market Street
Rm. 2609
Philadelphia, Pa. 19106-1797

X-RAY
USMS

**RECEIVED**

MAR - 9 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA